USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2025__

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Jane Doe,

Plaintiff, Pro Se,

v.

142 Garth Road Owners, Inc.; Blue Woods Management Group, Inc.; Greg DeLanoy, Managing Agent; Town of Eastchester,

Defendants.

**MEMO ENDORSED**

## MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, proceeding pro se, respectfully moves this Court for leave to proceed under the pseudonym "Jane Doe" in all public filings in this matter. Plaintiff's true identity has been provided to the Court under seal. This motion is brought pursuant to the Court's inherent authority to protect litigants' privacy and safety, and is supported by the following grounds:

1. Plaintiff is a survivor of gender-based violence and harassment and suffers from permanent disabilities, including generalized anxiety disorder (GAD) and post-traumatic stress disorder (PTSD). Public disclosure of her full identity in connection with these proceedings would subject her to further retaliation, harassment, and harm, and would undermine the protections afforded under the Violence Against Women Act (34 U.S.C. § 12491), the Fair Housing Act, and the Americans with Disabilities Act.

2. Courts in this District and others have recognized that pseudonymity is warranted in cases involving sexual violence, retaliation, medical privacy, or other sensitive information. See, e.g., Doe v. City of New York, 201 F.R.D. 100 (S.D.N.Y. 2001) (granting pseudonymity to protect privacy in sensitive cases).

3. Plaintiff's complaint includes sensitive medical information, descriptions of disability, and details of retaliation and harassment. The risk of further harm outweighs any minimal public interest in disclosure of Plaintiff's identity, particularly because Defendants are aware of her identity and will suffer no prejudice by the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to proceed under pseudonym, and direct that all public filings identify her only as "Jane Doe," with her true identity and address maintained under seal for Court and service purposes.

Dated: 23 September 2025

Respectfully Submitted,

Deborah Claudine Jalbuena
(Plaintiff proceeding as "Jane Doe")
Plaintiff, Pro Se
Address filed under seal pursuant to protective request

Plaintiff's unopposed request to proceed under pseudonym, "Jane Doe" is GRANTED. The Court of Clerk is directed to terminate the motion at ECF No. 4, send a copy of this endorsement to pro se Plaintiff at the address listed on ECF, and show service on the docket.
Dated: December 8, 2025
      White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge