```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2025
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Jane Doe,   Case No. 7:25-cv-07940-NSR

    Plaintiff,

v.   NOTICE OF MOTION FOR

      DEFAULT JUDGMENT

142 Garth Road Owners, Inc.,

Blue Woods Management Group, Inc.,

Greg Delanoy,

    Defendants.

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the accompanying Declaration in Support, Statement of Damages, Clerk's Certificates of Default, and Proposed Default Judgments, Plaintiff Jane Doe will move this Court for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

Plaintiff further requests that damages be determined by inquest on written submissions only, without live testimony, as a reasonable accommodation for Plaintiff's documented disabilities and medical limitations.

Dated: 18 December 2025

Scarsdale, New York

*[signature]*

Jane Doe
Plaintiff, Pro Se
142 Garth Rd Apt 1J, Scarsdale, NY, 10583
+19173887472
court.10583@gmail.com

The pro se Plaintiff's Motion for Default is denied without prejudice. Plaintiff is directed to this Court's Individual Practices at Schedule A and ECF Rules 16.1 and 16.3 when seeking a default judgment by way of Order to Show Cause for Default Judgment without emergency relief. The Clerk of Court is directed to terminate the motion at ECF No. 52.
Dated: December 19, 2025
    White Plains, New York

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge