```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____           │
│ DATE FILED: __1/14/2026____     │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

     -against-

142 GARTH ROAD OWNERS, INC., BLUE WOODS
MANAGEMENT GROUP, INC., GREG DELANOY as
managing agent and TOWN OF EASTCHESTER,

                Defendants.

---

Docket No. 7:25-cv-07940-NSR

**NOTICE OF MOTION**

**MEMO ENDORSED**

Please take notice that, upon the Attorney's Declaration of Brian S. Sokoloff and the exhibit annexed thereto; the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, Defendant Town of Eastchester will move this Court before the Honorable Nelson Stephen Román at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on a date and time to be determined by the Court, for an Order under Fed. R. Civ. P. 12(b)(1) and (b)(6) dismissing this action as against the Town of Eastchester with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

Dated: Carle Place, New York
       January 5, 2026

                                 Sokoloff Stern LLP
                                 Attorneys for Defendant
                                 Town of Eastchester

By:     Brian S. Sokoloff
          179 Westbury Avenue
          Carle Place, New York 11514
          (516) 334-4500
          File No. 250299LI

To:    Jane Doe
       *BY EMAIL*

       All counsel
       *BY ECF*

The Court notes that no briefing schedule was set for Defendant Town of Eastchester's motion to dismiss (ECF No. 63). Accordingly, the motion is terminated without prejudice for failure to comply with the Court's Individual Practices. The Court, however, permits the previously filed moving papers to stand and sets the following briefing schedule.

The Court waives the pre-motion conference requirement and grants Defendant Town of Eastchester leave to proceed with its motion to dismiss in accordance with the following briefing schedule:

- Defendant's motion papers shall be deemed served as of the date of this Order;
- Plaintiff's opposition papers shall be served (not filed) on March 6, 2026; and
- Defendant's reply papers shall be served April 1, 2026.

   The parties are directed to file all motion documents on the reply date, April 1, 2026. The parties are further directed to mail two physical copies and email one electronic copy to Chambers of all motion documents at the time they are served.

   The Clerk of Court is directed to terminate the motion at ECF No. 63

Dated: January 14, 2026
       White Plains, New York

                                        SO ORDERED:

                                        _____
                                        NELSON S. ROMÁN
                                        United States District Judge

2