UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/4/2026

JANE DOE,

       Plaintiff,

         -against-

142 GARTH ROAD OWNERS, INC., *et al,*

       Defendants.

---------------------------------------------------------------------X

ORDER

25-CV-7940 (NSR)

NELSON S. ROMÁN, United States District Judge

Before the Court is the motion of Defendants 142 Garth Road Owners, Inc., Blue Woods Management Group, Inc., and Greg DeLanoy to vacate the Clerk's Certificates of Default entered against them. (ECF No. 88.) Upon review of the parties' submissions and the record in this matter, the motion is GRANTED. *See* Fed. R. Civ. P. 55(c). The Court finds that Defendants have shown good cause to set aside the entries of default and that resolution of this action on the merits is warranted.

Accordingly, the Clerk's Certificates of Default entered at ECF Nos. 43, 44, and 49 are hereby VACATED. Defendants shall answer or otherwise respond to the Amended Complaint on or before May 15, 2026. To the extent any Defendant attached a proposed answer to the motion papers, that answer must be filed separately on ECF. Upon the filing of Defendants' answer, the parties are directed to meet and confer within twenty-one (21) days for the purpose of submitting a joint case management plan. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 88.

Dated: May 4, 2026

       White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge